*[Handwritten annotations at top:]* PAGE 2 OF 2 JM 5/29 DEFENDANT 11-30-09
CERT TO LAW OFFICES CAPRIANI & WARNER P.C.

**PARAGRAPH 2 IS LIE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. MCDONALD, | ) Civil Division |
| Plaintiff, | ) |
| v. | ) No.: 3:09-cv-231 |
| | ) |
| BEDFORD/SOMERSET MHMR, a administrative governmental agency, SANDY SOTA, in both her professional and private capacities, THERESA PALGUTTA, in both her professional and private capacities. | ) Honorable Kim R. Gibson ) ) ELECTRONICALLY FILED |
| Defendants. | ) |

*[Handwritten right side:]* WHO'S NOT BEING TRUTHFUL? NURSES WITNESSED TO MY MOM & MY GIRLFRIEND. SOME ENTITY CHANGED THE COMPLAINT.

*[Handwritten:]* TOLD TO "DRIVE TO SOMERSET HOSPITAL"

## MOTION TO DISMISS PURSUANT TO Fed. R.Civ.P. 12(b)(5),(6) and 12(e)

AND NOW comes the Defendants, Bedford-Somerset Mental Health and Mental Retardation, Sandy Sota and Theresa Palgutta, by and through their attorneys, Cipriani & Werner, P.C. and file this Motion to Dismiss, stating as follows:

1. Plaintiff, James R. McDonald, alleges Defendant, Bedford-Somerset Mental Health and Mental Retardation, rendered treatment to him for Bi-Polar Disorder.

2. On or about September 1, 2001, Plaintiff allegedly contacted Defendant Bedford-Somerset Mental Health and Mental Retardation and spoke with Defendant, Theresa Palgutta, regarding an anxiety issue and was allegedly instructed to drive to a local hospital to receive treatment. *[Handwritten: THIS IS WRITTEN UNTRUTH → NOT LOCAL JM. 32 MILES]*

3. On route to the hospital, police arrested Plaintiff due to his involvement in a motor vehicle accident.

4. Plaintiff filed suit on August 24, 2009, nearly eight years after his arrest, alleging unspecified federal and state constitutional violations, fraud and false imprisonment.

*[Handwritten left margin:]* ON 9-1-01 MY MOM AND GIRLFRIEND WERE WAITING AT SOMERSET ER. NURSES ARE WITNESSES. JM

*[Handwritten right margin:]* TERESA TOLD MY MOM TO MEET ME AT SOMERSET HOSPITAL HAS MENTAL (MAD) MOM MY GIRLFRIEND WERE SOM ERSET HOSPITAL

*[Handwritten across middle:]* THERESA PULGUTTA ADMITTED TO MY MOM, MY GIRLFRIED AND NURSES SHE TOLD ME TO DRIVE TO SOMERSET JM

*[Handwritten bottom:]* ACTIONS AND DEEDS SPEAK LOUDER THAN WORDS. JM

B.S.M.H-M.R. CHANGED MEDS. RIGHT BEFORE 9-1-01 INCIDENT. JM

1

TO: LAW OFFICE CAPRIANI + WARNER, P.C., DEFENDAN[T]
MC DONALD V. B.S.M.H.M.R., TOTS PALERMO ET AL
CASE 3:09-cv-00231-KRG
11-30-09
PAGE 1 OF 2 9 AM
2 800 75129

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE Nov. 27, 2009, About 2 P.M. |
|---|---|
| NAME OF SERVER (PRINT) Robert B Nimick | TITLE Food Service Worker |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. SUMMONS SERVED AT PLACE OF EMPLOYMENT.
Name of person with whom the summons and complaint were left: NO NAMES GIVEN.
LEFT 3 SETS SUMMONS WITH TWO RECEPTIONISTS. I HANDED SETS IN AT TRILOGY HOUSE, 123 GRANDVIEW AVE, SOMERSET, PA 15501 (B.S.M.H.M.R.)

☐ Returned unexecuted: I SERVED SUMMONS BY ME, HAND TO HAND. 245 W. RACE ST. BUILDING CLOSED AND LOCKED UP ON FRIDAY NOV 27, 2009 (A NON-HOLIDAY).

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 27, 2009           Robt B Nimick
           Date                  Signature of Server

                             1302 Columbus Ave
                             Address of Server
                             Windber, PA 15963

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ENCLOSED: DOCUMENT 6, PAGE 1, PARAGRAPH 2 (4 WITNESSES)
NOTE: FALSEHOOD, "DRIVE" TO LOCAL HOSPITAL"
FACT: TOLD TO DRIVE 32 MILES TO SOMERSET HOSPITAL 8 PM

CASE NO MCDONALD
3:09
cv
231 B.S., M.H., MR, SOTTO, PALCUTTA, ET AL

```
               WINDBER MPO
            WINDBER, Pennsylvania
                  159639998
               4125460963 -0098
11/30/2009    (814)467-7558    08:43:49 AM

─────────────── Sales Receipt ───────────────
                    Sale   Unit       Final
Product             Qty    Price      Price
Description

PITTSBURGH PA 15228                   $0.88
Zone-2 First-Class
Large Env
 1.00 oz.
  Certified                           $2.80
  Label #:        70071490000280015129
                                    ========
 Issue PVI:                           $3.68
                                    ────────

Total:                                $3.68

Paid by:
Cash                                  $5.00
Change Due:                          -$1.32

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202869847
Clerk: 01

   All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
*****************************************
*****************************************
          HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
*****************************************
*****************************************

                 Customer Copy
```

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7007 1490 0002 8001 5129

CASE NO.
3:09
CV
231

| | |
|---|---|
| Postage | $0.88 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.68 |

Postmark Here — WINDBER PA 15963 — NOV 30 2009 — 11/30/2009 — USPS

2 DOCUMENTS

Sent To: ATTN: MR SBROZ USA
Street, Apt. No.; or PO Box No.: LAW OFFICES CAPRIANI + WARNER
                                 650 WASHINGTON RD
City, State, ZIP+4: PITTSBURG PA 15228

PS Form 3800, August 2006        See Reverse for Instructions